8289.   CENTRAL OF GEORGIA RAILWAY CO. v. COLEMAN et al.

LUKE, J.  1.  A railroad company is bound to exercise ordinary care and diligence to prevent communication of sparks from its locomotives.  An instruction that a railroad company is required to equip its engines with "up-to-date and standard spark-arresters" is erroneous; the true rule being that the railroad company is to use ordinary care and diligence to apply to its engines the best appliances in general use, the use of which is consistent with the practicable operation of its engines, and to use reasonable care and skill in keeping the same in good order. *Southern Railway Co.* v. *Thompson*, 129 *Ga.* 367 (58 S. E. 1044); *Albany & Northern Ry. Co.* v. *Wheeler*, 3 *Ga. App.* 414 (59 S. E. 1116); *Gainesville Railroad Co.* v. *Edmondson*, 101 *Ga.* 747 (29 S. E. 213).

2.  The evidence for the plaintiff was weak, and the error in the charge of the court tended to mislead the jury.  The court erred in overruling the motion for a new trial.

Judgment reversed.  Wade, C. J., and George, J., concur.
DECIDED APRIL 25, 1917.

Action for damages; from Jefferson superior court—Judge Thomas presiding.  February 8, 1916.

*Saffold & Jordan, John R. Phillips,* for plaintiff in error.
*Hines & Jordan, Frank Hardeman,* contra.

---

8309.   LAFITTE v. SCHUNAMANN.

LUKE, J.  This suit was against the owner of an automobile, for injuries sustained by the plaintiff by reason of having been struck by the automobile.  The evidence of the plaintiff showed, without contradiction, that the automobile, at the time it struck him, was being driven by one who was not in the employ of the owner of the automobile, and who was driving it without the knowledge or consent of the owner. *Held,* that the court did not err in granting a nonsuit. *Fielder* v. *Davison*, 139 *Ga.* 509 (77 S. E. 618); *Wooley* v. *Doby*, ante, 797.

Judgment affirmed.  Wade, C. J., and George, J., concur.
DECIDED APRIL 25, 1917.

Action for damages; from Chatham superior court—Judge Charlton.  January 27, 1916.

*W. R. Hewlett, H. P. Cobb,* for plaintiff.
*Bouhan & Herzog,* for defendant.